IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIAM BESLEY ADAMS, JR. ET AL., | 3:11-CV–1429-BR |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| LYMAN J. BRUHN, ET AL., | |
| Defendants. | |

The Court GRANTED Defendants' Motion to Withdraw Removal to Federal Court (#4). This matter, therefore, is hereby **DISMISSED without prejudice** and without costs or attorneys' fees to either party and **REMANDED** back to the Circuit Court of the State of Oregon for the County of Multnomah.

Dated this 2nd day of December, 2011.

_____
ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL